■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN FALLEN, Appellant.—Appeal by the defendant from a judgment of the County Court, Orange County (Peter C. Patsalos, J.), rendered February 7, 1985.

Ordered that the judgment is affirmed *(see, People v Pellegrino,* 60 NY2d 636; *People v Harris,* 61 NY2d 9; *People v Suitte,* 90 AD2d 80).

We have considered the contention raised by the appellant in his supplemental *pro se* brief and find it to be without merit. Bracken, J. P., Lawrence, Eiber, Harwood and Rosenblatt, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HERMAN Goss, Appellant..—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Leahy, J.), rendered April 30, 1985.

Ordered that the judgment is affirmed *(see, People v Pellegrino,* 60 NY2d 636). Thompson, J. P., Brown, Balletta and Miller, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES HAJJAR, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Kramer, J.), rendered December 20, 1988, convicting him of robbery in the second degree (five counts), upon his plea of guilty, and imposing sentence.

Ordered that the appeal is dismissed *(see, People v Seaberg,* 74 NY2d 1). Mangano, P. J., Kunzeman, Kooper, Sullivan and O'Brien, JJ., concur.